IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

LARRY SCOLES, et al                                                                        PLAINTIFFS

V.                              NO.  5:10cv00122 SWW-JWC

ARKANSAS DEPARTMENT OF                                                        DEFENDANTS
CORRECTION, et al

ORDER

The Court has reviewed the Proposed Findings and Recommendation received from Magistrate Judge Jerry Cavaneau.  There have been no objections.  The Findings and Recommendation are adopted in their entirety as this Court's findings.

Accordingly, Plaintiffs' application to proceed *in forma pauperis* (doc. 1) and motion for counsel (doc. 3) are hereby denied.

If Plaintiffs desire to proceed with this action, they are ordered to submit the $350.00 filing fee in full within thirty (30) days of entry of this order.  *See* 28 U.S.C. § 1914(a).  Plaintiffs are informed that their failure to comply in a timely manner with the Court's order will result in a recommended dismissal of their action without prejudice for failure to prosecute the action diligently and failure to comply with the Court's order pursuant to Local Rule 5.5(c)(2) of the Rules of the United States District Court for the Eastern District of Arkansas.[1]

---

[1] Plaintiffs are hereby notified of their responsibility to comply with Local Rule 5.5(c)(2), which provides: "It is the duty of any party not represented by counsel to promptly notify the Clerk

IT IS SO ORDERED this 21st day of May, 2010.

      /s/Susan Webber Wright
    UNITED STATES DISTRICT JUDGE

---

and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. A party appearing for himself/herself shall sign his/her pleadings and state his/her address, zip code, and telephone number. If any communication from the Court to a pro se plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. Any party proceeding pro se shall be expected to be familiar with and follow the Federal Rules of Civil Procedure."