IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

LARRY SCOLES, et al     PLAINTIFFS

V.     NO.  5:10cv00122 SWW-JWC

ARKANSAS DEPARTMENT OF     DEFENDANTS
CORRECTION, et al

## PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

## INSTRUCTIONS

The following recommendation has been sent to United States District Judge Susan Webber Wright.  Any party may serve and file written objections to this recommendation.  Objections should be specific and should include the factual or legal basis for the objection.  If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection.  An original and one copy of your objections must be received in the office of the United States District Court Clerk within fourteen (14) days after being served with the findings and recommendations.  The copy will be furnished to the opposing party.  Failure to file timely objections may result in waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a hearing for this purpose before the District Judge, you must, at the same time that you file your written objections, include a "Statement of Necessity" that sets forth the following:

1.     Why the record made before the Magistrate Judge is inadequate.

2.     Why the evidence to be proffered at the requested hearing before the District Judge was not offered at a hearing before the Magistrate Judge.

3. An offer of proof stating the details of any testimony or other evidence (including copies of any documents) desired to be introduced at the requested hearing before the District Judge.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing, either before the Magistrate Judge or before the District Judge.

Mail your objections and "Statement of Necessity" to:

Clerk, United States District Court
Eastern District of Arkansas
600 West Capitol Avenue, Suite A149
Little Rock, AR 72201-3325

## RECOMMENDATION

By order entered May 21, 2010 (doc. 8), the Court denied Plaintiffs' motion to proceed *in forma pauperis* and motion for appointment of counsel in this 42 U.S.C. § 1983 action. Plaintiffs were directed to submit within thirty days the $350.00 filing fee if they desired to proceed. On June 17, 2010, Plaintiffs filed a motion to dismiss (doc. 10), stating that they "probably could have paid" the filing fee but have been unable to find an attorney willing to take a case that involves an inmate. The motion is unopposed.

Plaintiffs' motion to dismiss (doc. 10) should be **granted**, and judgment should be entered dismissing this action in its entirety without prejudice.

DATED this 12th day of July, 2010.

_____
UNITED STATES MAGISTRATE JUDGE