IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

LARRY SCOLES, et al                                                                              PLAINTIFFS

V.                                              NO.  5:10cv00122 SWW

ARKANSAS DEPARTMENT OF                                                                   DEFENDANTS
CORRECTION, et al

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge Jerry Cavaneau.  There are no objections. The Proposed Findings and Recommended Disposition are adopted in their entirety as this Court's findings.

Accordingly,  Plaintiffs' motion to dismiss (doc. 10) is hereby granted, and judgment shall be entered dismissing this action in its entirety, without prejudice.

IT IS SO ORDERED this 27th day of July 2010.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE