IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

LARRY SCOLES, et al     PLAINTIFFS

V.     NO. 5:10cv00122 SWW

ARKANSAS DEPARTMENT OF     DEFENDANTS
CORRECTION, et al

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing Plaintiffs' complaint in its entirety, without prejudice.

IT IS SO ORDERED this 27th day of July 2010.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE